UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND CHARLES BRACKETT, | No. 2:23-cv-2880 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| MATHEW CHRISTOPHER BENTLY, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file a properly completed application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a properly completed in forma pauperis application with the required certified trust account statement.

DATED: February 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE