UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND CHARLES BRACKETT,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CHRISTOPHER BENTLY,<br><br>Defendant. | No.  2:23-cv-02880 DAD AC<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed February 16, 2024, plaintiff was granted an extension of time to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement. ECF No. 9.  Plaintiff was cautioned that failure to do so within the time provided would result in a recommendation that this action be dismissed.  Id.  The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 2, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE